# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00458-CR

**Antwone Dashawn Goodwyn, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 21-2033-K26, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Antwone Dashawn Goodwyn pled guilty in an open plea to the court to the offense of aggravated kidnapping. *See* Tex. Penal Code § 20.04(a)(5). Following a hearing on punishment, the trial court sentenced Goodwyn to eight years' imprisonment.

Goodwyn's court-appointed attorney on appeal has filed a motion to withdraw supported by a brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Goodwyn's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See* 386 U.S. at 744-45; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both

that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous").

Goodwyn's counsel has represented to the Court that he provided copies of the motion and brief to Goodwyn; advised Goodwyn of his right to examine the appellate record, file a pro se response, and pursue discretionary review following the resolution of the appeal in this Court; and provided Goodwyn with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). This Court granted Goodwyn's motion for pro se access to the appellate record, and Goodwyn has filed a pro se brief. The State has declined to file an appellee's brief.

We have independently reviewed the record and Goodwyn's pro se brief and have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. We grant counsel's motion to withdraw and affirm the trial court's judgment of conviction.

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Affirmed

Filed: March 22, 2024

Do Not Publish

2